**Beth Ann FARAGHER; Nancy Ewanchew, Plaintiffs–Appellants–Cross–Appellees,**

v.

**CITY OF BOCA RATON, a political subdivision of the State of Florida, Defendant–Appellee–Cross–Appellant,**

**Bill Terry; David Silverman, Defendants–Appellees.**

**No. 94–4878.**

United States Court of Appeals, Eleventh Circuit.

May 13, 1996.

William R. Amlong, Amlong & Amlong, P.A., Ft. Lauderdale, FL, for appellants.

Cathy M. Stutin, Peter J. Hurtgen, Morgan, Lewis & Bockius, Miami, FL, for City of Boca Raton.

Michael T. Burke, Christine M. Duignan, Johnson, Anselmo, Murdoch, Burke & George, P.A., Ft. Lauderdale, FL, for Bill Terry.

ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, and KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

---

* Senior U.S. Circuit Judge David W. Dyer has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).